IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-82-RLV-DSC

| | |
|---|---|
| WILLIAM GERALD PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL VETRO, SR., JOSEPH )<br>THOMPSON, IV, AMANDA K. )<br>MOORE, CHRISTINA C. HUGHART, )<br>JAMES D. WILLIAMS, RANDY M. )<br>LEWIS, and JERERY D. LEWIS )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court following its May 6, 2014 "Order" (document #59). In that Order, the Court ordered Plaintiff to pay Defendants the reasonable expenses incurred in obtaining that Order, including attorneys' fees, and directed that such amount would be determined by the Court after reviewing affidavits submitted by Defendants' respective counsel. Defendants have now filed Affidavits of their fees and costs (documents ##46-3, 50-3, 61 and 62). The Court has carefully examined the Affidavits. Reasonable attorneys' fees and costs are awarded as <u>ordered</u> below.

**NOW IT IS HEREBY ORDERED** that:

1. On or before July 13, 2014, Plaintiff shall pay directly to Jerry D. Lewis, Randy M. Lewis, and James D. Williams' counsel the sum of $728.48 representing the reasonable attorneys' fees and costs incurred in filing those Defendants' "Motion for Protective Order and for Sanctions" (document #45).

2. On or before July 13, 2014, Plaintiff shall pay directly to Michael Vetro, Sr.'s counsel the sum of $625.50 representing the reasonable attorneys' fees and costs incurred in filing that Defendants' "Motion … for Protective Order and for Sanctions" (document #47).

3. On or before July 13, 2014, Plaintiff shall pay directly to Christina C. Hughart, Amanda K. Moore, Joseph Thompson, IV's counsel the sum of $597.00 representing the reasonable attorneys' fees and costs incurred in filing those Defendants' "Motion … for Protective Order and for Sanctions" (document #50).

4. The Clerk is directed to send copies of the Order to the pro se Plaintiff, to defense counsel, and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: May 13, 2014

David S. Cayer
United States Magistrate Judge