# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| WILLIAM GERALD PRICE, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:13-CV-00082-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| DIANE C. DEAL | ) | |
| MICHAEL VETRO SR. | ) | |
| JOSEPH THOMPSON IV | ) | |
| RANDY M. LEWIS | ) | |
| AMANDA K. MOORE | ) | |
| JERRY D. LEWIS | ) | |
| CHRISTINA C. HUGHART | ) | |
| JAMES D. WILLIAMS, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 17, 2014, Order.

July 17, 2014

Frank G. Johns, Clerk
United States District Court